# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Meier, Joseph M. | United States Bankruptcy Court, District of Idaho | 02/18/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Bankruptcy Court
550 West Fort Street
5th Floor
Boise, ID 83724

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. 100% shareholder and President from January 1, 2016 to present | Joseph M. Meier, P.A. Idaho organization |
| 2. Adjunct Faculty Member | University of Idaho College of Law |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Meier, Joseph M. | 02/18/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 12/31/2019 | University of Idaho College of Law, compensation for services-teaching law school class | $4,001.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Meier, Joseph M. | 02/18/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. First Interstate Bank | Note secured by real property-vacation property | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Meier, Joseph M.** | 02/18/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. WA. FED Certificate of Deposit | A | Interest | J | T | | | | | |
| 2. US Bank Account- | A | Interest | L | T | | | | | |
| 3. In Cosho Humphrey, LLP 401k investments below(lines 4-12): | | | | | | | | | |
| 4. American Funds New Perspective | C | Int./Div. | | | Sold | 04/25/19 | M | | Rollover to IRA see l. 35 |
| 5. Invesco Mid Cap Core | C | Int./Div. | | | Sold | 04/25/19 | M | | Rollover to IRA see l. 35 |
| 6. American Funds New World Fund | A | Int./Div. | | | Sold | 04/25/19 | L | | Rollover to IRA see l. 35 |
| 7. PIMCO | B | Int./Div. | | | Sold | 04/25/19 | M | | Rollover to IRA see l. 35 |
| 8. American Funds Capital World Bond | A | Int./Div. | | | Sold | 04/25/19 | K | | Rollover to IRA see l. 35 |
| 9. American Funds Capital Inc Builder | C | Int./Div. | | | Sold | 04/25/19 | M | | Rollover to IRA see l. 35 |
| 10. Lord Abbett Alpha Strategy | A | Int./Div. | | | Sold | 04/25/19 | J | | Rollover to IRA see l. 35 |
| 11. American Funds Growth Fund of Amer | A | Int./Div. | | | Sold | 04/25/19 | J | | Rollover to IRA see l. 35 |
| 12. American Funds Invmt Co of Amer | C | Int./Div. | | | Sold | 04/25/19 | M | | Rollover to IRA see l. 35 |
| 13. NW Mutual Variable Life Policy(lines 14-21) | | | | | | | | | |
| 14. Select Bond Fund-MSA/Wells | A | Int./Div. | J | T | | | | | |
| 15. International Eq. (MSA/Franklin Templeton) | A | Int./Div. | J | T | | | | | |
| 16. Government Money Market(MSA/BlkRck) | A | Int./Div. | J | T | | | | | |
| 17. LC Cr Stock (MSA/Wellington) | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Meier, Joseph M.** | 02/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Index 400 Stock (MSA) | A | Int./Div. | J | T | | | | | |
| 19. SC Growth Stock (MSA/Wellington) | A | Int./Div. | J | T | | | | | |
| 20. International Dev. Markets (RIF) | A | Int./Div. | J | T | | | | | |
| 21. Global Real Estate (RIF) | A | Int./Div. | J | T | | | | | |
| 22. NW Muual Whole Life Policy | C | Int./Div. | L | T | | | | | |
| 23. NW Mutual Whole Life Policy (2nd) | B | Int./Div. | K | T | | | | | |
| 24. NW Mutal Brokerage Account (lines 25-27) | | | | | | | | | |
| 25. Dreyfus Ins Deposit Program | A | Int./Div. | J | T | | | | | |
| 26. The Income Fund of America | A | Int./Div. | K | T | | | | | |
| 27. Washington Mutual Investors Fund | A | Int./Div. | J | T | | | | | |
| 28. Rollover IRA Account -(Lines 28-30) | | | | | | | | | |
| 29. Dreyfus Ins. Deposit Program | A | Int./Div. | J | T | | | | | |
| 30. Russell Moderate Strategy Fund | A | Int./Div. | K | T | | | | | |
| 31. Idaho Central Credit Union Acct | A | Interest | L | T | | | | | |
| 32. NW Mutal Whole Life Policy (3rd) | A | Int./Div. | J | T | | | | | |
| 33. Nw Mutual Whole Life Policy(4th) | A | Int./Div. | J | T | | | | | |
| 34. NW Mutual Whole Life Policy (5th) | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Meier, Joseph M.** | 02/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Joseph M. Meier IRA-received all funds from 401K identified in line 3 | | | | | | | | | |
| 36. The Bond Fund of America | C | Int./Div. | L | T | Buy | 05/09/19 | L | | |
| 37. Europacific Growth Fund | B | Int./Div. | M | T | Buy | 05/09/19 | M | | |
| 38. AMCAP Fund Class F-2 | B | Int./Div. | M | T | Buy | 05/09/19 | M | | |
| 39. Fidelity Advisor Mid Cap II Fund | B | Int./Div. | K | T | Buy | 05/09/19 | K | | |
| 40. Fundamental Investors Class F-2 | A | Int./Div. | L | T | Buy | 05/09/19 | L | | |
| 41. International Growth and Income Fund | B | Int./Div. | L | T | Buy | 05/09/19 | K | | |
| 42. Blackrock Total Return Fund | D | Int./Div. | M | T | Buy | 05/09/19 | M | | |
| 43. MFS Mid CAP Value Fund Class I | A | Int./Div. | K | T | Buy | 05/09/19 | K | | |
| 44. MFS Value Fund Class F-2 | B | Int./Div. | M | T | Buy | 05/09/19 | L | | |
| 45. New World Fund Class F-2 | A | Int./Div. | L | T | Buy | 05/09/19 | L | | |
| 46. Northern Small CAP Value Fund | A | Int./Div. | K | T | Buy | 05/09/19 | K | | |
| 47. The Oakmark International Fund Investor Class | A | Int./Div. | K | T | Buy | 05/09/19 | K | | |
| 48. PGIM Short-term Corporate Bond Fund | C | Int./Div. | L | T | Buy | 05/09/19 | L | | |
| 49. PIMCO Income Fund Class I-2 | D | Int./Div. | M | T | Buy | 05/09/19 | M | | |
| 50. American Century Real Estate Fund | B | Int./Div. | L | T | Buy | 05/09/19 | L | | |
| 51. DWS Enhanced Commodity Stretegy Fund | C | Int./Div. | K | T | Buy | 05/09/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Meier, Joseph M. | 02/18/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Joseph M. Meier**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544